UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PHILIP JAMES ROGERS,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>RODRIGUEZ, et al.,<br><br>　　　　Defendants. | CASE NO. 1:18-cv-0846 JLT (PC)<br><br>**ORDER GRANTING IN PART PLAINTIFF'S MOTION FOR EXTENSION OF TIME**<br>**(Doc. 15)**<br><br>**THIRTY-DAY DEADLINE** |

Plaintiff moves for a 60-day extension of time to file a response to the Court's screening order. Good cause appearing, plaintiff's motion is GRANTED. Plaintiff shall file his response within thirty days from the date of this order.

IT IS SO ORDERED.

　Dated:　**December 19, 2019**　　　　　　**/s/ Jennifer L. Thurston**
　　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE