UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PHILIP JAMES ROGERS,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>RODRIGUEZ, et al.,<br><br>　　　　Defendants. | CASE NO. 1:18-cv-0846 NONE JLT (PC)<br><br>**ORDER TO SHOW CAUSE WHY CORRECTIONAL OFFICER RODRIGUEZ SHOULD NOT BE DISMISSED**<br><br>**THIRTY-DAY DEADLINE** |

　　　　The United States Marshal was directed to serve certain defendants in this action. (Doc. 22) Sergeant Benecourt has been served and has appeared. (See Docs. 24, 25.) The summons directed to CO Rodriguez was returned unexecuted on April 17, 2020, because, per the KVSP Litigation Coordinator, "there was no 'officer Rodriguez working that area on the day stated in his complaint.' They will not accept service." (Doc. 23.)

　　　　Federal Rule of Civil Procedure 4(m) provides that if a defendant is not served within 90 days after the filing of the complaint, the court, absent of a showing of good cause for failure to serve, shall dismiss the action without prejudice as to the unserved defendant. Fed. R. Civ. P. 4(m). Having failed to timely serve defendant CO Rodriguez, the onus is on Plaintiff to make a good cause showing. Plaintiff is forewarned that, while he is entitled to rely on the United States Marshal to effectuate service because he is proceeding in forma pauperis, Plaintiff in turn is required to supply the United States Marshal with correct information to facilitate service,

1  including the proper identity of the defendant.

2      Based on the foregoing, the Court **ORDERS** Plaintiff to show cause within thirty days
3  why CO Rodriguez should not be dismissed from this action for Plaintiff's failure to comply with
4  Federal Rule of Civil Procedure 4(m).

5

6  IT IS SO ORDERED.

7     Dated: **August 26, 2020**            **/s/ Jennifer L. Thurston**
                                                      UNITED STATES MAGISTRATE JUDGE

8