UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PHILIP JAMES ROGERS,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>RODRIGUEZ, et al.,<br><br>　　　　　Defendants. | Case No.  1:18-cv-00846-NONE-JLT (PC)<br><br>**ORDER LIFTING STAY**<br><br>(Docs. 27, 30) |

　　　Defendant Benecourt recently opted out of the Court's Post-Screening ADR Project. (Doc. 30.) Accordingly, the Court ORDERS:

　　　1.　　the stay is **LIFTED**; and

　　　2.　　the Clerk of the Court is directed to issue a Discovery and Scheduling Order.

IT IS SO ORDERED.

　　　Dated:　**September 14, 2020**　　　　　　**/s/ Jennifer L. Thurston**
　　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE