UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PHILIP JAMES ROGERS,<br><br>   Plaintiff,<br><br>   v.<br><br>RODRIGUEZ, et al.,<br><br>   Defendants. | CASE NO. 1:18-cv-0846 NONE JLT (PC)<br><br>**ORDER VACATING ORDER TO SHOW CAUSE**<br><br>**(Doc. 28)**<br><br>**SIXTY-DAY DEADLINE** |

Plaintiff is proceeding in this action against Kern Valley State Prison Sergeant Benecourt and Correctional Officer Rodriguez on an Eighth Amendment claim stemming from an incident that occurred in the KVSP kitchen on June 22, 2017. Sergeant Benecourt has now been served and appeared in this action. Additionally, the Court recently issued the Discovery and Scheduling Order. (Doc. 32.) As for defendant Rodriguez, the summons directed to this defendant was returned unexecuted on April 17, 2020, because, per the KVSP Litigation Coordinator, "there was no 'officer Rodriguez working that area on the day stated in his complaint.' They will not accept service." (Doc. 23.)

Due to the failure to serve this defendant within the time prescribed by Federal Rule of Civil Procedure 4(m), plaintiff was directed to show cause why defendant Rodriguez should not be dismissed. (Doc. 28.) In his response to the order to show cause, plaintiff states that he

mistakenly misidentified the defendant Rodriguez as a correctional officer and seeks additional time to conduct discovery to properly identify this defendant. (Doc. 34.) If plaintiff establishes good cause for the failure to effectuate timely service, the Court is required to extend the time for service. Fed. R. Civ. P. 4(m). Therefore, good cause appearing, the Court **ORDERS** as follows:

1. The order to show cause (Doc. 28) is **VACATED**;
2. Plaintiff is granted an additional 60 days from the date of this Order to identify defendant Rodriguez using traditional discovery methods. Once he has ascertained the identify of this defendant, he may then move to amend his pleading. Once amended, the Court will direct the United States Marshal to re-serve this defendant.

IT IS SO ORDERED.

Dated:   **October 14, 2020**            **/s/ Jennifer L. Thurston**
                                         UNITED STATES MAGISTRATE JUDGE