UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PHILIP JAMES ROGERS, | CASE NO. 1:18-cv-0846 NONE JLT (PC) |
| Plaintiff, | **ORDER REFERRING THE CASE TO POST-SCREENING ADR PROJECT AND STAYING THE CASE FOR 90 DAYS** |
| v. | |
| BETTENCOURT, et al., | |
| Defendants. | |

Previously, after defendant Bettencourt appeared in this action, the case was referred to the Post-Screening Alternative Dispute Resolution Project, an initiative to attempt to resolve cases more quickly and less expensively. After reviewing the case, defendant Bettencourt moved to opt out of the project and instead filed a motion for summary judgment for failure to exhaust administrative remedies. On February 8, 2021, the undersigned recommended that this motion be granted. The matter remains pending before the district judge.

Recently, the second defendant in this case, Yuridian Rodriguez, filed a notice of intent to waive service. In light of this second appearance, the Court will refer this case again to the Post-Screening Alternative Dispute Resolution Project. As defense counsel was previously informed, no defenses or objections are waived by participation.

As set forth in the screening order, the Court has found the plaintiff has stated at least one

cognizable civil rights claim. Thus, **except as to the pending findings and recommendation to grant the motion for summary judgment filed by defendant Benecourt,** the Court **STAYS this action for 90 days** to allow the parties to investigate the plaintiff's claims, meet and confer and participate in a settlement conference.

There is a presumption that all post-screening civil rights cases assigned to the undersigned will proceed to settlement conference. However, if after investigating plaintiff's claims and speaking with plaintiff, and after conferring with defense counsel's supervisor, counsel finds in good faith that a settlement conference would be a waste of resources,[1] defense counsel may move to opt out of this pilot project.

**Within 35 days**, the assigned Deputy Attorney General **SHALL** contact the Courtroom Deputy Clerk at SHall@caed.uscourts.gov, to schedule the settlement conference. If the settlement conference cannot be set quickly due to the court's calendar, the parties may seek an extension of the initial 90-day stay. Based upon the foregoing, the Court **ORDERS**:

1. **This action is STAYED for 90 days** to allow the parties an opportunity to settle their dispute before a responsive pleading is filed, or the discovery process begins. No other pleadings or other documents may be filed in this case during the stay. The parties **SHALL NOT** engage in formal discovery, but they may jointly agree to engage in informal discovery.

2. **Within 30 days from the date of this order**, the parties **SHALL** file the attached notice, indicating their agreement to proceed to an early settlement conference or whether they believe settlement is not achievable at this time.

3. **Within 35 days from the date of this order**, the assigned Deputy Attorney General **SHALL** contact this court's Courtroom Deputy Clerk at SHall@caed.uscourts.gov, to schedule the settlement conference;

4. If the parties settle their case during the stay of this action, they **SHALL** file a Notice of Settlement as required by Local Rule 160;

---

[1] By way of guidance, if the defense intends to file an exhaustion motion and believes in good faith that it has a significant chance of success, this would be a likely circumstance where the opt-out provision should be employed.

2

5. The Clerk of the Court **SHALL** serve via email, copies of: a. plaintiff's first amended complaint (Doc. 13), b. the screening orders (Docs. 10, 14), and c. this order to Supervising Deputy Attorney General Lawrence Bragg, and copy of this order to ADR Coordinator Sujean Park;

6. The parties are reminded of their obligation to keep the court informed of any changes of addresses during the stay and while the action is pending. Changes of address must be reported promptly in a separate document entitled "Notice of Change of Address." *See* L.R. 182(f).

IT IS SO ORDERED.

Dated: **March 3, 2021**              **/s/ Jennifer L. Thurston**
                                      UNITED STATES MAGISTRATE JUDGE

3

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PHILIP JAMES ROGERS,<br><br>            Plaintiff,<br><br>      v.<br><br>BETTENCOURT, et al.,<br><br>            Defendants. | CASE NO. 1:18-cv-0846 NONE JLT (PC)<br><br>**NOTICE REGARDING EARLY SETTLEMENT CONFERENCE** |

The party or counsel for the party signing below, agrees that there is a good chance that an early settlement conference will resolve this action and wishes to engage in an early settlement conference.

   Yes   ____        No   ____

Dated:

                           _____
                          Plaintiff or Counsel for Defendants

4