UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PHILIP JAMES ROGERS,<br><br>Plaintiff,<br><br>v.<br><br>RODRIGUEZ, et al.,<br><br>Defendants. | No. 1:18-cv-0846 NONE JLT (PC)<br><br>ORDER ADOPTING FINDINGS AND RECOMMENDATIONS TO GRANT DEFENDANT BETTENCOURT'S MOTION FOR SUMMARY JUDGMENT FOR FAILURE TO EXHAUST ADMINISTRATIVE REMEDIES AND TO DENY PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT<br><br>(Doc. Nos. 36, 39, 42)<br><br>CASE TO REMAIN OPEN |

Plaintiff, a state prisoner proceeding pro se, has filed this civil rights action seeking relief under 42 U.S.C. § 1983. The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

On February 8, 2021, the assigned magistrate judge filed findings and recommendations recommending that defendant Bettencourt's motion for summary judgment based upon plaintiff's failure to exhaust his administrative remedies prior to filing suit as is required be granted. (Doc. No. 42.) The findings and recommendations were served on the parties and contained notice to them that any objections to the findings and recommendations were to be filed within fourteen

days. (*Id*. at 9.) Neither party has filed objections to the findings and recommendations.

The court has reviewed the file and finds the findings and recommendations to be supported by the record and by the magistrate judge's analysis. Accordingly, IT IS HEREBY ORDERED that:

1. The findings and recommendations filed February 8, 2021 (Doc. No. 42), are adopted in full;

2. Defendant Bettencourt's motion for summary judgment due to plaintiff's failure to exhaust administrative remedies prior to filing suit (Doc. No. 36) is GRANTED, and the Clerk of Court is directed to enter judgment for this defendant;

3. Plaintiff's motion for summary judgment (Doc. No. 39) is DENIED;

4. This matter is referred back to the magistrate judge for further proceedings consistent with this order.[1]

IT IS SO ORDERED.

Dated:  **March 8, 2021**

　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE

---

[1] Plaintiff's claims against at least one other defendant survived screening. However, for the time being, the remaining claims have been stayed pending referral to the Post Screening Alternative Dispute Resolution Project. (Doc. No. 46.)