UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PHILIP JAMES ROGERS,<br><br>  Plaintiff,<br><br>  v.<br><br>WARDEN, et al.,<br><br>  Defendants. | Case No. 1:18-cv-00846-NONE-JLT (PC)<br><br>**ORDER GRANTING DEFENDANT'S MOTION TO MODIFY SCHEDULING ORDER** (Doc. 63)**; VACATING DISCOVERY AND SCHEDULING ORDER** (Doc. 61)**; AND GRANTING PLAINTIFF'S MOTION FOR EXTENSION OF TIME TO FILE A RESPONSE TO DEFENDANTS' MOTION FOR SUMMARY JUDGMENT** (Doc. 64)<br><br>**30-DAY DEADLINE** |

Defendants have filed a motion to modify the scheduling order, (Doc. 63), and Plaintiff has filed a motion seeking a thirty-day extension of time to file a response in opposition to Defendant's motion for summary judgment. (Doc. 58.)

Under the discovery and scheduling order, the exhaustion motion deadline was due on August 04, 2021; the discovery cut-off date is October 4, 2021; and the dispositive motion deadline is December 3, 2021. (Doc. 57.) Defendants seek an order vacating the existing deadlines pending resolution of Defendant's motion for summary judgment. (Doc. 63.) Defendants argue that, if granted, the motion for summary judgment would be dispositive, and vacating deadlines would reduce Defendants' legal expenses and conserve judicial resources. Upon consideration, Defendants' motion, (Doc. 63), is **GRANTED**, and the discovery

and scheduling order, (Doc. 61), is **VACATED**.

Plaintiff has filed a motion for a thirty-day extension of time to respond to Defendants' motion for summary judgment. For good cause shown, Plaintiff's motion is **GRANTED**. (Doc. 64.) Plaintiff shall file a response in opposition or statement of non-opposition on or before **October 25, 2021**.

IT IS SO ORDERED.

    Dated:   **September 27, 2021**                              **_/s/ Jennifer L. Thurston**
                                                                    CHIEF UNITED STATES MAGISTRATE JUDGE