UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PHILIP JAMES ROGERS,<br><br>  Plaintiff,<br><br>v.<br><br>YURIDIAN RODRIGUEZ,<br><br>  Defendant. | Case No. 1:18-cv-00846-JLT-BAK (HBK) (PC)<br><br>ORDER ADOPTING FINDINGS AND RECOMMENDATIONS TO GRANT DEFENDANT'S MOTION FOR SUMMARY JUDGMENT (EXHAUSTION)<br><br>(Doc. 61, 72)<br><br>Clerk of Court to close the case. |

On August 4, 2021, Yuridian Rodriguez filed a motion for summary judgment based on Phillip James Rogers's failure to exhaust administrative remedies prior to filing this action. (Doc. 61.) After the Court directed Plaintiff to file a response to the motion and granted Plaintiff an extension of time, Plaintiff filed a response in opposition. (Docs. 62, 65, 67.) Defendant filed a reply to Plaintiff's response. (Doc. 68.)

On March 18, 2022, the assigned magistrate judge filed findings and recommendations to grant Defendant Rodriguez's motion for summary judgment.[1] (Doc. 72.) The findings and recommendations contained a notice to parties that, within fourteen days, a party may file written objections with the Court. (*Id.*)  More than fourteen days have passed, and neither party has filed objections to the findings and recommendations.

---

[1] The first line of the report and recommendations refers to Plaintiff as Paul Nivard Beaton. (Doc. 72.) This appears to be a scrivener's error and does not affect the Court's analysis.

According to 28 U.S.C. § 636(b)(1)(C), this Court has conducted a *de novo* review of this case. Having carefully reviewed the entire file, the Court finds the findings and recommendations to be supported by the record and proper analysis.  Thus, the Court **ORDERS** that:

1. The findings and recommendations issued on March 18, 2022, (Doc. 72), are adopted in full.
2. Defendant Rodriguez's motion for summary judgment (Doc. 61) is **GRANTED**; and
3. The Clerk of Court is DIRECTED to enter judgment in favor of Defendant Rodriguez and to close the case.

IT IS SO ORDERED.

Dated:     **April 11, 2022**

UNITED STATES DISTRICT JUDGE